AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Washington

|  |  |
|---|---|
| RODNEY L. GARROTT,<br>*Plaintiff*<br>v.<br>DONNA BYRNES, C/O L. SY, C/O SUSAN FOLAND,<br>LAW LIBRARIAN SHOOK and<br>ASSISTANT SUPERINTENDENT HERZOG,<br>*Defendant* | )<br>)<br>)<br>)<br>)  Civil Action No.   4:14-cv-05028-EFS |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏   the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ _____ recover costs from the plaintiff *(name)* _____ _____ .

✔   other:   the complaint, ECF. No. 10, is DISMISSED without prejudice pursuant to 28 U.S.C. §§ 1915(e)(2) and 1915A(b)(1).

This action was *(check one)*:

❏   tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❏   tried by Judge _____ without a jury and the above decision was reached.

❏   decided by Judge _____ on a motion for

Date:  July 1, 2014

CLERK OF COURT

SEAN F. McAVOY

s/ Sheila Parpolia

*(By) Deputy Clerk*

Sheila Parpolia